

AUTORIDAD DE ACUEDUCTOS
Y ALCANTARILLADOS

# AAA

GOBIERNO DE PUERTO RICO

**CASO NÚM.:** AAA- 34202

## AVISO DE OCURRENCIA

**Información del Perjudicado**

**NÚMERO DE QUERELLA:** N/A
**NÚMERO DE DEMANDA:** 325CV01006MAJ
**COMPAÑÍA AJUSTADORA:** MAPFRE

| | |
|---|---|
| **NOMBRE:** | **Abogado: Lcdo. Castañeda & Baella LLC** |
| Maria De La Cruz | **Núm. Teléfono:** (787)707-0802 |
| **DIRECCIÓN RESIDENCIAL:** | |
| Key Biscayne, Florida | |
| **LUGAR DEL ACCIDENTE:** | |
| Calle Aboy en San Juan | |

| **FECHA DE ACCIDENTE:** | **FECHA DE INVESTIGACIÓN:** |
|---|---|
| 4 de septiembre de 2022 | 12 de mayo de 2025 |

**INFORME INVESTIGATIVO (HALLAZGOS)**

Relacionado con este caso, de nuestra investigación se desprende lo siguiente:

1. La Sra. Maria De La Cruz indica a través de su representante legal el Lcdo. Castañeda & Baella que el 4 de septiembre de 2022 se encontraba caminando por la calle Aboy en San Juan, cuando sufrió una caída en un hoy y desnivel causado por la tapa de un manhole.

2. De nuestra inspección del lugar el 12 de mayo de 2025 en donde se alega ocurre el accidente, pudimos observar que existe un registro sanitario y el mismo tiene alrededor capa de asfalto y crea un desnivel en la vía de rodaje de una profundidad $2^{1/2}$" aproximadamente.

3. Le solicitamos a la Sra. Gisandra Garay, Directora Auxiliar del área de San Juan, que nos informara si el manhole ubicado en la calle Aboy intersección Ave. Ponce De León pertenece a la Autoridad de Acueductos y Alcantarillado.

4. La Sra. Garay, certifica que el manhole ubicado en la calle Aboy intersección Ave. Ponce De León, es de alcantarillado sanitario y pertenece a la Autoridad de Acueductos y Alcantarillado.

Nombre y firma investigador:

*Laiza Marie Pizarro Santiago*
Laiza Marie Pizarro Santiago
Profesional de Apoyo Técnico

Fecha redactado el informe: 24 de julio de 2025



AUTORIDAD DE ACUEDUCTOS
Y ALCANTARILLADOS

**AAA**

GOBIERNO DE PUERTO RICO

MARIA DE LA CRUZ
CASO AAA 34202
PÁGINA 2

**Continuación Informe Investigativo**

5. Le solicitamos al Sr. Manuel Marin Alicea, oficial de Servicios Gerenciales que nos informara si existen querellas o deficiencias reportadas para el registro sanitario que ubica en la calle Aboy.

6. Luego de él realizar una búsqueda en sistema SAP encontró:

   - 58045934 – 11 de octubre de 2019
     - Reparación del proyecto SSOMP

   - 58085399 – 13 de diciembre de 2019
     - Orden de asfaltar

   - 57997593 – 2 de enero de 2020
     - Orden de desborde

   - 58268594 – 7 de marzo de 2020
     - Se destapo línea sanitaria

   - 58404382 – 27 de abril de 2020
     - Desborde sanitario

7. Aunque el registro sanitario le pertenece a la Autoridad de Acueductos y Alcantarillados, el cuidado, control y mantenimiento de la carretera le pertenece al municipio y/o al estado.

8. De acuerdo con la **ley número 79 del 9 de junio de 2002**, según enmendada por la ley #149 del 4 de agosto de 2002, en sus secciones 1 y 2, se ordena al Departamento de Transportación y Obras Públicas al levantamiento del registro y alcantarillas al nivel del rodaje, en todo trabajo de repavimentación en las vías de transito de Puerto Rico en donde no tenga la referida entidad un acuerdo con otra dependencia gubernamental a tales fines.

Nombre y firma investigador:

*Laiza Marie Pizarro Santiago*
Laiza Marie Pizarro Santiago
Profesional de Apoyo Técnico

Fecha redactado el informe: 24 de julio de 2025



AUTORIDAD DE ACUEDUCTOS
Y ALCANTARILLADOS

# AAA

GOBIERNO DE PUERTO RICO

MARIA DE LA CRUZ
CASO AAA 34202
PÁGINA 3

## FOTOS DE LA INVESTIGACIÓN

FOTO #1

FOTO #2

FOTO #3

FOTO #4

FOTO #5



**AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS**

# AAA

GOBIERNO DE PUERTO RICO

MARIA DE LA CRUZ
CASO AAA 34202
PÁGINA 4

## INFORMACIÓN DE LA QUERELLA 58045934

| Orden | OT01 | 58045934 | | Reparar Linea Alc. Sanitaria | |
|---|---|---|---|---|---|

```
Reparar Linea Alc. Sanitaria
CALLE ABOY MIRAMAR  SAN JUAN REF. TRABAJOS DE REPARACION DEL PROYECTO
SSOMP
```

| Stat.sist. | CTEC NOTI KKMP NLIQ PREC | | ⓘ EJEC |
|---|---|---|---|

Datos cab. | Oper. | Componentes | Costes | Interloc. | Objetos | Datos adic. | Emplaz. | Pl

Direc.cte. | Direc.orden | Direc.objeto

| Solicitante | 52902416 | SSOMP AAA PAS PUERTO NUEVO | | |
|---|---|---|---|---|
| Calle/Nº | | | | |
| Población | 00919 | SAN JUAN | PR | 01 |
| Teléfono | 787-406-2211 | Fax | | |
| Huso hor.inter. | 07/14/2025 | 15:25:01 | UTC-4 | |

**Responsable**

| Gpo.plan. | A01 / CE11 | San Juan | Aviso | |
|---|---|---|---|---|
| Rs.pto.tr. | COORDTRA / CE11 | Coordinador de Trámi… | Costes | 0.00 |
| Responsable | | | Cl.actv.PM | 008  Reparar Línea . |
| | | | EstdInstal | |

Inf. Adic. Inv. | Info. Comercial | Info. Redes | Info. Alta WEB | Info. Lectura Cliente | Info. EPA | Info. Serv Def | Info. AMI

| Trabajo Realizado | 0030 | LINEA ALCANTARILLADO, SE REPARO |
|---|---|---|
| Razón Trab. No Realizado | | |
| Lectura | 0 | |
| Tubería Mayor 20 Pies | 0.00 | |
| Causa Estimada de Falla | 01 | CORROSION |
| Desborde Afecta a | | |
| Fecha de Notificación | | |
| Hora de Notificación | 00:00:00 | |
| Instalación Afectada | | |
| Tipo de Terreno | 03 | Asfalto |
| Excavación Prof. | 3.00 | |
| Excavación Largo | 6.00 | |
| Excavación Ancho | 4.00 | |

| Orden | 58045934 | Reparar Linea Alc. Sanitaria |
|---|---|---|
| Operación | 0010 | Identificar linea, diametro y reparar |
| Status sistema | NOTI CTEC | |

**Datos de notificación**

| Notificación | 49948304 / 1 | | I40 |
|---|---|---|---|
| Puesto trabajo | ALBRIG41 CE11 | Encargado Brigada y 3 Tbj Alcantarillado | |
| Nº personal | 0 | CC-nómina | |
| Trabajo real | 6 H | Clase actividad | 2EY3TB | Fecha contab. | 01/24/2020 |
| | ✓ Notif.final | ✓ Sin tbjo.rest. | Criterio cálc. | |
| | ☐ Comp.reservas | Tbjo.restante | 0 H | |
| Inicio trabajo | 10/11/2019 08:00:11 | Dur.real notif. | 0.0 | |
| Fin trabajo | 10/11/2019 14:00:12 | Fin pronóstico | 24:00:00 |




**AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS**

**AAA**

**GOBIERNO DE PUERTO RICO**

MARIA DE LA CRUZ
CASO AAA 34202
PÁGINA 5

## INFORMACIÓN DE LA QUERELLA 58085399

| Orden | OT04 | 58085399 | Asfaltar |
|---|---|---|---|

```
Asfaltar
CALLE ABOY MIRAMAR   SAN JUAN REF. TRABAJOS DE REPARACION DEL PROYECTO
SSOMP
```

| Stat.sist. | CTEC NOTI KKMP NLIQ PREC | [i] EJEC |
|---|---|---|

| Datos cab. | Oper. | Componentes | Costes | Interloc. | Objetos | Datos adic. | Emplaz. | Planific. |
|---|---|---|---|---|---|---|---|---|

| Direc.cte. | Direc.orden | Direc.objeto |
|---|---|---|

| Solicitante | 52902416 | SSOMP AAA PAS PUERTO NUEVO |
|---|---|---|
| Calle/Nº | | |
| Población | 00919 | SAN JUAN | PR | 01 |
| Teléfono | 787-406-2211 | Fax | |
| Huso hor.inter. | 07/14/2025 | 15:28:38 | UTC-4 |

**Responsable**

| Gpo.plan. | A01 / CE11 | San Juan | Aviso | |
|---|---|---|---|---|
| Rs.pto.tr. | BRIGADA / CE11 | Brigada General | Costes | 0.00 | USD |
| Responsable | | | Cl.actv.PM | O29 | Reparación / Termi... |
| | | | EstdInstal | |

| Datos cab. | Oper. | Componentes | Costes | Interloc. | Objetos | Datos adic. | Emplaz. | Planific. | Control | Ampliación |
|---|---|---|---|---|---|---|---|---|---|---|

| Inf. Adic. Inv. | Info. Comercial | Info. Redes | Info. Alta WEB | Info. Lectura Cliente | Info. EPA | Info. Serv Def | Info. AMI |
|---|---|---|---|---|---|---|---|

| Trabajo Realizado | 0078 | ASFALTO |
|---|---|---|

| Orden | 58085399 | Asfaltar |
|---|---|---|
| Operación | 0010 | Asfaltar |
| Status sistema | NOTI CTEC | |

**Datos de notificación**

| Notificación | 50035437 / 1 | | | I40 |
|---|---|---|---|---|
| Puesto trabajo | AGBRIG71 CE11 | Enc Vehi Pes, 1 Op Equ Pes y 2 TSO | | |
| Nº personal | 0 | | CC-nómina | |
| Trabajo real | 1 H | Clase actividad | 2E1O2T | Fecha contab. | 02/05/2020 |
| | ✓ Notif.final | ✓ Sin tbjo.rest. | Criterio cálc. | |
| | ☐ Comp.reservas | | Tbjo.restante | 0 |
| Inicio trabajo | 12/13/2019 08:25:01 | Dur.real notif. | 0.0 |
| Fin trabajo | 12/13/2019 09:30:01 | Fin pronóstico | 24:00:00 |



AUTORIDAD DE ACUEDUCTOS
Y ALCANTARILLADOS

# AAA

GOBIERNO DE PUERTO RICO

MARIA DE LA CRUZ
CASO AAA 34202
PÁGINA 6

## INFORMACIÓN DE LA QUERELLA 57997593

| Orden | OT01 | 57997593 | Desborde Sanitario en la calle | | |

Desborde Sanitario en la calle
CALLE ABOY ESQ PONCE DE LEON MIRAMAR REF. EL AGUA LLEGA AL COLEGIO DE ABOGADOS

| Stat.sist. | CTEC NOTI KKMP NLIQ PREC | | EJEC | |

**Datos cab.** | Oper. | Componentes | Costes | Interloc. | Objetos | Datos adic. | Emplaz. | Planific.

**Direc.cte.** | Direc.orden | Direc.objeto

| Solicitante | 52902417 | JUAN COTTO AAA | | |
| | | | | |
| Calle/Nº | CALLE ANICATO DIAZ | | | |
| Población | 00921 | SAN JUAN | PR | 01 |
| Teléfono | 787-406-2211 | Fax | | |
| Huso hor.inter. | 07/14/2025 | 15:46:14 | UTC-4 | |

**Responsable**

| Gpo.plan. | A01 / CE11 | San Juan | Aviso | | |
| Rs.pto.tr. | COORDTRA / CE11 | Coordinador de Trámi… | Costes | 0.00 | USD |
| Responsable | | | Cl.actv.PM | O04 | Desborde Sanitario… |
| | | | EstdInstal | | |

Datos cab. | Oper. | Componentes | Costes | Interloc. | Objetos | **Datos adic.** | Emplaz. | Planific.

Inf. Adic. Inv. | Info. Comercial | **Info. Redes** | Info. Alta WEB | Info. Lectura Cliente | Info. EPA | Info. S

| Trabajo Realizado | 0011 | LINEA ALCANTARILLADO, SE DESTAPO |

| Orden | 57997593 | Desborde Sanitario en la calle |
| Operación | 0010 | Identificar desborde destapar-prioridad |
| Status sistema | NOTI CTEC | |

**Datos de notificación**

| Notificación | 49857949 / 1 | | I40 |
| Puesto trabajo | ALBRIG41 CE11 | Encargado Brigada y 3 Tbj Alcantarillado | |
| Nº personal | 0 | CC-nómina | |
| Trabajo real | 0 H | Clase actividad | ZEY3TB | Fecha contab. | 01/02/2020 |
| | ☑ Notif.final | ☑ Sin tbjo.rest. | Criterio cálc. | |
| | ☐ Comp.reservas | Tbjo.restante | 0 H | |
| Inicio trabajo | 01/02/2020 13:25:08 | Dur.real notif. | 0.0 | |
| Fin trabajo | 01/02/2020 13:50:08 | Fin pronóstico | 24:00:00 | |



**AUTORIDAD DE ACUEDUCTOS
Y ALCANTARILLADOS**

**AAA**

GOBIERNO DE PUERTO RICO

MARIA DE LA CRUZ
CASO AAA 34202
PÁGINA 7

## INFORMACIÓN DE LA QUERELLA 58268594

| Orden | OT01 58268594 | Desborde Sanitario en la calle |
|---|---|---|

```
Desborde Sanitario en la calle
CALLE ABOY 607 SAN JUAN//REF: CERCAQ DEL COLEGIO DE
OGADOS,TEL7877234233

SE DESTAPO LINEA SANITARIA  Y SE LAVO EL AREA  03/07/2020  C. BARRIOS
```

| Stat.sist. | CERR NOTI DMNV KKMP NLIQ PREC | EJEC |
|---|---|---|

| Datos cab. | Oper. | Componentes | Costes | Interloc. | Objetos | Datos adic. | Emplaz. | Planific. |
|---|---|---|---|---|---|---|---|---|

| Direc.cte. | Direc.orden | Direc.objeto |
|---|---|---|

| Solicitante | 52873980 | HILDA BUSO |
|---|---|---|
| Calle/Nº | 607 CALLE ABOY | |
| Población | 00907 | SAN JUAN PR 01 |
| Teléfono | 7877234233 | Fax |
| Huso hor.inter. | 07/14/2025 15:48:28 UTC-4 | |

**Responsable**

| Gpo.plan. | A01 / CE11 San Juan | Aviso | |
|---|---|---|---|
| Rs.pto.tr. | COORDTRA / CE11 Coordinador de Trámi… | Costes | 0.00 USD |
| Responsable | | Cl.actv.PM | 004 Desborde Sanitario… |
| | | EstdInstal | |

| Orden | 58268594 | Desborde Sanitario en la calle |
|---|---|---|
| Operación | 0010 | Identificar desborde destapar-prioridad |
| Status sistema | NOTI CTEC | |

**Datos de notificación**

| Notificación | 50418178 / 1 | | I40 |
|---|---|---|---|
| Puesto trabajo | ALBRIG41 CE11 Encargado Brigada y 3 Tbj Alcantarillado | | |
| Nº personal | 0 | CC-nómina | |
| Trabajo real | 0 H | Clase actividad ZEY3TB Fecha contab. | 03/09/2020 |
| ☑ Notif.final | ☑ Sin tbjo.rest. | Criterio cálc. | |
| ☐ Comp.reservas | Tbjo.restante | 0 H | |
| Inicio trabajo | 03/07/2020 13:00:00 | Dur.real notif. | 0.0 |
| Fin trabajo | 03/07/2020 13:30:00 | Fin pronóstico | 24:00:00 |
| Mot.desviac. | | | |
| Texto notific. | SE DESTAPO LINEA SANITARIA | ☐ Existe txt.expl. | |



AUTORIDAD DE ACUEDUCTOS
Y ALCANTARILLADOS

## AAA

GOBIERNO DE PUERTO RICO

MARIA DE LA CRUZ
CASO AAA 34202
PÁGINA 8

## INFORMACIÓN DE LA QUERELLA 58404382

| Orden | OT01 58404382 | Desborde Sanitario en la calle |
|---|---|---|

Desborde Sanitario en la calle
7877234233//CALLE ABOY607 SAN JUAN//REF EDIFICIO ATT Y CENTRO
CULTURAL

| Stat.sist. | CERR NOTI KKMP NLIQ PREC | EJEC |
|---|---|---|

**Datos cab.** | Oper. | Componentes | Costes | Interloc. | Objetos | Datos adic. | Emplaz. | Planific.

**Direc.cte.** | Direc.orden | Direc.objeto

| Solicitante | 52873980 | HILDA BUSO | |
|---|---|---|---|
| | | | |
| Calle/Nº | 607 CALLE ABOY | | |
| Población | 00907 | SAN JUAN | PR 01 |
| Teléfono | 7877234233 | Fax | |
| Huso hor.inter. | 07/14/2025 15:50:29 UTC-4 | | |

**Responsable**

| Gpo.plan. | A01 / CE11 | San Juan | Aviso | | |
|---|---|---|---|---|---|
| Rs.pto.tr. | COORDTRA / CE11 | Coordinador de Trámi… | Costes | 0.00 | USD |
| Responsable | | | Cl.actv.PM | 004 | Desborde Sanitario… |

Datos cab. | Oper. | Componentes | Costes | Interloc. | Objetos | Datos adic. | Emplaz. | Planific. | Control | **Ampliación**

Inf. Adic. Inv. | Info. Comercial | **Info. Redes** | Info. Alta WEB | Info. Lectura Cliente | Info. EPA | Info. Serv Def | Info. AMI

| Trabajo Realizado | 0011 | LINEA ALCANTARILLADO, SE DESTAPO |
|---|---|---|

| Orden | 58404382 | Desborde Sanitario en la calle |
|---|---|---|
| Operación | 0010 | Identificar desborde destapar-prioridad |
| Status sistema | NOTI CTEC | |

**Datos de notificación**

| Notificación | 50672869 / 1 | | I40 |
|---|---|---|---|
| Puesto trabajo | ALBRIG41 CE11 | Encargado Brigada y 3 Tbj Alcantarillado | |
| Nº personal | 0 | | CC-nómina |
| Trabajo real | 0 H | Clase actividad | ZEY3TB Fecha contab. 04/22/2020 |
| | ☑ Notif.final | ☑ Sin tbjo.rest. | Criterio cálc. |
| | ☐ Comp.reservas | Tbjo.restante | 0 H |
| Inicio trabajo | 04/22/2020 16:13:57 | Dur.real notif. | 0.0 |
| Fin trabajo | 04/22/2020 16:41:57 | Fin pronóstico | 24:00:00 |